**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

Jeffrey A. Miller
Ext. 402
Email: jmiller@westermanllp.com

March 7, 2016

**By Email and First-Class Mail**
Seth M. Choset, Esq.
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Garden City, New York 11530

Re:   *In re: Corey Ribotsky a/k/a Corey S. Ribotsky*, Chapter 7 Case No. 814-75575-735, Adv. Proc. No. 815-08305-735 (E.D.N.Y.)

Dear Seth:

As you know, my firm represents JAM Capital Corp. ("JAM"). I write to inform you that JAM hereby withdraws its Third, Fourth and Fifth Affirmative Defenses. JAM hereby expressly reserves all other rights and remedies, at law and equity.

Sincerely

Jeffrey A. Miller

JAM:dg

1324117